AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FLORIDA YACHT BROKERS ASSOCIATION, INC.

*Plaintiff(s)*

v.   Civil Action No. 0:25-cv-60817-DSL

VESSEL PORTAL MANAGEMENT, LLC, MLS DELUXE, LLC, and EDWARD GARRETT SCHWARTZ

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VESSEL PORTAL MANAGEMENT, LLC
c/o Registered Agent MLS DELUXE, LLC
2881 East Oakland Park Blvd
Suite 452
Fort Lauderdale, FL 33306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Patricia M. Flanagan
Shutts & Bowen LLP
525 Okeechobee Boulevard
Suite 1100
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/29/2025

Angela E. Noble
Clerk of Court

s/ B. Chin
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FLORIDA YACHT BROKERS ASSOCIATION, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> VESSEL PORTAL MANAGEMENT, LLC, MLS DELUXE, LLC, and EDWARD GARRETT SCHWARTZ <br><br> *Defendant(s)* | Civil Action No.  0:25-cv-60817-DSL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MLS DELUXE, LLC
c/o Registered Agent MLS DELUXE, LLC
2881 East Oakland Park Blvd
Suite 452
Fort Lauderdale, FL 33306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patricia M. Flanagan
Shutts & Bowen LLP
525 Okeechobee Boulevard
Suite 1100
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  04/29/2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ B. Chin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FLORIDA YACHT BROKERS ASSOCIATION, INC.<br><br>*Plaintiff(s)*<br><br>v.<br><br>VESSEL PORTAL MANAGEMENT, LLC, MLS DELUXE, LLC, and EDWARD GARRETT SCHWARTZ<br><br>*Defendant(s)* | Civil Action No. 0:25-cv-60817-DSL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Edward Garrett Schwartz
2881 East Oakland Park Blvd
Suite 452
Fort Lauderdale, FL 33306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patricia M. Flanagan
Shutts & Bowen LLP
525 Okeechobee Boulevard
Suite 1100
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 04/29/2025

Angela E. Noble
Clerk of Court

SUMMONS

*s/ B. Chin*
Deputy Clerk
U.S. District Courts